UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br>Fenton Massage Company, LLC,<br><br>Debtor.<br>______________________________/ | Case No. 26-32023<br>Chapter 11<br>Hon. Joel D. Applebaum |

**ORDER ESTABLISHING DEADLINES AND PROCEDURES IN THE CASE OF A SMALL BUSINESS DEBTOR WHO HAS ELECTED TO HAVE SUBCHAPTER V OF CHAPTER 11 APPLY**

After reviewing the schedules and statement of financial affairs and consulting with Debtor and the other parties who appeared at the initial status conference, the Court concludes that this case is appropriate for the procedures set forth in this order, and establishes the following deadlines, hearing dates and procedures. The purpose of this order is to expedite Debtor's reorganization and to secure "the just, speedy, and inexpensive determination of [this] case . . . ." Fed. R. Bankr. P. 1001.

**1. Deadlines and Hearing Dates.** The following deadlines and hearing dates are established:

a. The deadline for Debtor to file motions under ¶ 4 below is **October 14, 2026**. This is also the deadline to file all unfiled overdue tax returns. The case will not be delayed due to unfiled tax returns.

b. The Court will hold the status conference required under 11 U.S.C. § 1188(a) on **November 4, 2026 at 11:00 a.m. (ET)** in courtroom of the United States Bankruptcy Court, 226 West Second Street, Flint, Michigan 48502. Debtor, Debtor's attorney, and the Trustee must appear at the status conference. The United States Trustee and creditors are invited, but not required to attend.

c. **No later than October 21, 2026,** Debtor must file with the Court, and serve on the Trustee and all parties in interest, the report required by 11 U.S.C. § 1188(c).

d. Under 11 U.S.C. § 1189(b), the deadline for Debtor to file a plan (see ¶ 2 below) **December 7, 2026.** Immediately after filing the plan, Debtor must serve the plan, a ballot as appropriate, and this Order on the Trustee, the United States Trustee, all creditors, all equity security holders, and all other parties who have requested service, and Debtor must promptly file proof of such service.

e. The deadline to return ballots on the plan, as well as to file objections to confirmation of the plan, is **January 11, 2027**. This is also the deadline for holders of claims and

interests to accept or reject the plan and the date by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan. **The completed ballot forms must be returned by mail to Debtor's attorney: George Jacobs, 2425 South Linden Road, Suite C, Flint, Michigan 48532.**

f. The Court fixes **January 11, 2027** as the deadline for any creditor to make an election of application of 11 U.S.C. § 1111(b)(2).

g. **No later than January 19, 2027,** Debtor must file a signed ballot summary indicating the ballot count under 11 U.S.C. § 1126(c) & (d). A copy of all ballots must be attached to this summary.

h. The hearing on confirmation of the plan will be held on **January 27, 2027**, **at 11:00 a.m. (ET)**, in Courtroom of the United States Bankruptcy Court, 226 West Second Street, Flint, Michigan 48502.

i. The deadline for all professionals to file final fee applications (see ¶ 5 below) is 30 days after the confirmation order is entered.

j. The deadline to file objections to this Order (see ¶ 6 below) is 21 days after this Order is entered.

k. The deadline for Debtor to file a motion to extend the deadline to file a plan (see ¶ 8 below) is **November 13, 2026.**

l. The deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C. § 365(d)(4) is **November 13, 2026**. Counsel for Debtor must consult with the courtroom deputy to assure that such a motion is set for hearing on **December 2, 2026.**

m. These dates and deadlines are subject to change upon notice if Debtor files a plan before the deadline in paragraph d above.

**2. The Plan.** Debtor must begin to negotiate the terms of a plan of reorganization as soon as practicable. By the deadline established in paragraph 1d, Debtor must file a plan of reorganization. If Debtor fails to meet this deadline, the case may be dismissed or converted to chapter 7 pursuant to 11 U.S.C. §1112(b)(4).

**3. The Confirmation Hearing.** Parties may file objections to confirmation of the plan by the deadline established in paragraph 1e above. Objections must be served on the attorney for Debtor, the Trustee, and the United States Trustee. A proof of such service must be filed with the objections. Objections which are not timely filed and served will be deemed waived.

**4. Expediting Debtor's Reorganization.** If necessary to file a plan by the deadline established in this order, Debtor must file any motions or requests to value security pursuant to L.B.R. 9014-1 by the deadline established in paragraph 1a above.

**5. Fee Applications.** Unless the Court orders otherwise, each professional may file one and only one final fee application. Such applications must be filed under L.B.R. 2016-1 and L.B.R. 9014-1 by the deadline set forth in paragraph 1i, above.

**6. Deadline to File Objections to this Order.** Any objection to this order must be filed by the deadline set forth in paragraph 1j, above. Objections not timely filed are waived.

**7. Motions to Allow Administrative Expense.** Taxing authorities may file a request for payment of an administrative expense at any time under 11 U.S.C. § 503(a). Any request for an order allowing any such administrative expense, under 11 U.S.C. § 503(b), must be made under L.B.R. 9014-1.

**8. Motions to Extend the Deadline to File a Plan.** Any motion to extend the deadline to file a plan must be filed by the deadline in paragraph 1k. The motion must demonstrate by affidavit or otherwise that the deadline extension is needed, and that the need for the deadline extension is attributable to circumstances for which Debtor should not justly be held accountable. *See* 11 U.S.C. § 1189(b). The Court may schedule a hearing. Counsel for Debtor must serve the motion and any notice of the hearing on the Trustee, the United States Trustee, all secured creditors, and the 20 largest unsecured creditors, and must file a proof of service.

**Signed on September 30, 2026**

**/s/ Joel D. Applebaum**

**Joel D. Applebaum**
**United States Bankruptcy Judge**