**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION**

| | |
|---|---|
| In Re: Fenton Massage Company | Case No. 26-32023<br>Chapter 11<br>Hon. Joel D. Applebaum |
| Debtor.<br>_________________/ | |

## PRE-STATUS CONFERENCE REPORT

NOW COME, Fenton Massage Company the ("Debtors"), by and through its counsel, George E. Jacobs and, pursuant to 11 U.S.C. § 1188(c) and state:

1. On the 8th day of September, 2026 (the "Petition Date") the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

2. The Debtor continues to manage as debtor-in-possession pursuant to § 1184 of the Bankruptcy Code.

3. Kimberly Ross Clayson has been appointed Subchapter V Trustee in this case.

4. Since the Petition Date, the Debtor has worked to address the concerns of the various interested parties in this case, including the Office of the United States Trustee, and the Subchapter V Trustee.

5. As indicated at the initial Scheduling Conference, the Debtor has restructured its business by eliminating its use of estheticians. This has resulted in far lower overhead and allowed the Debtor to concentrate on its core massage business. The Debtor is confident this will restore profitability.

6. With the restructure of certain debt and the elimination of other debt, the Debtor believes it can file a confirmable plan.

7. The Debtor is in the process of formulating a Plan of Reorganization (the "Plan") which will be filed on or before December 7, 2026. The Debtor will collaborate with the Subchapter V Trustee to address any issues that arise and to discuss the potential for obtaining a consensual Plan of Reorganization.

8. The Debtor expects the Plan to include one group (administration claims) and one (1) class, (unsecured creditors).

9. The Debtor remains hopeful that its efforts and those of the SubChapter V Trustee will lead to a consensual plan of reorganization.

Respectfully submitted,

Dated: 10-2-26

/s/ George E. Jacobs
George E. Jacobs (P36888)
2425 Linden Rd., Ste. C
Flint, MI 48532
(810) 720-4333
george@bklawoffice.com